1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
3  Las Vegas, Nevada 89102
   Phone (702) 243-7000
4  Facsimile (702) 243-7059

5  Attorneys for Defendant

6              UNITED STATES DISTRICT COURT

7              DISTRICT OF NEVADA

8
   SANDI GEANNARIS,                    CASE NO.:
9                                       DEPT. NO.:
              Plaintiff,
10
   vs.                                  **PETITION FOR REMOVAL**
11
   AMERICAN FAMILY MUTUAL
12 INSURANCE COMPANY; DOES 1-10,
   inclusive; ROE CORPORATIONS 1-10,
13 inclusive,

14            Defendants.

15       Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, now petitions

16 this Court for the removal of the above-entitled case from the District Court to the State of Nevada

17 in and for the County of Clark, where it is now pending, to the United States District Court for the

18 District of Nevada at Las Vegas pursuant to 28 U.S.C. Section 1441(a) et seq.

19                              II.

20       Plaintiff commenced the above-referenced matter in the Eighth Judicial District Court for

21 the State of Nevada in and for the County of Clark as Case Number A615655 (Department XVI) on

22 May 6, 2010.  Service of Summons and Complaint on the Defendant American Family Insurance

23 was made on May 7, 2010 by serving the Las Vegas branch of the Insurance Commissioner's

24 Office.  The action is currently pending in the District Court, Clark County, Nevada.  A copy of the

25 Plaintiffs' Complaint setting forth the claims for relief upon which the action is based is attached

26 hereto along with the appropriate copies of process and by this reference made a part hereof.

27                              III.

28

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

1    The Doe and Roe Defendants in this action have not been identified and are merely nominal

2    parties without relevance to the action.

3                                              IV.

4    This is a civil action for the alleged breach of an implied covenant of good faith and fair

5    dealing arising out of an insurance contract as well as for breach of same insurance contract, which

6    includes allegations of "bad faith" and claims for punitive damages.

7                                               V.

8    This Court has original jurisdiction under 28 U.S.C. Section 1332(a) based on diversity of

9    citizenship.

10                                             VI.

11   At the time of the commencement of this action and since that time, the Plaintiff, was and is

12   an individual citizen and a resident of the State of Nevada as plead in Paragraph 1 of the "First

13   Claim of Relief" section of Plaintiff's Complaint, attached hereto.

14                                            VII.

15   The Defendant, AMERICAN FAMILY MUTUAL INSURANCE, is a duly licensed

16   corporation incorporated in the State of Wisconsin with its principal place of business in the State of

17   Wisconsin.

18                                           VIII.

19   That upon information and belief, AMERICAN FAMILY MUTUAL INSURANCE

20   COMPANY believes the Plaintiff's claim in the matter in controversy exceeds $75,000.00

21   exclusive of interest and costs.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

1

IX.

2      This Petition for Removal is timely filed under 28 U.S.C. Section 1446(b).

3

4      DATED this <u>8th</u> day of June, 2010.

5

                                        ATKIN WINNER & SHERROD
6

7
                                        <u>/s/ Thomas E. Winner</u>
8                                       Thomas E. Winner
                                        Nevada Bar No. 5168
9                                       1117 South Rancho Drive
                                        Las Vegas, Nevada 89102
10                                      Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

EXHIBIT ___A___

JIM GIBBONS
*Governor*

DIANNE CORNWALL
*Director*

STATE OF NEVADA

SCOTT J. KIPPER
*Commissioner of Insurance*



## DEPARTMENT OF BUSINESS AND INDUSTRY
# DIVISION OF INSURANCE
**2501 E. Sahara Avenue, No. 302**
**Las Vegas, Nevada   89104**
**(702) 486-4009  •  Fax (702) 486-4007**
**E-mail: insinfo@doi.state.nv.us**

May 7, 2010

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
# 7008 1830 0003 5446 3200

AMERICAN FAMILY MUTUAL INSURANCE COMPANY
C/O CHRISTOPHER S. SPENCER
6000 AMERICAN PARKWAY
MADISON, WI  53783-0001

Re:    Case No.    **A10615655**
       Case Name:  **Geannaris v. American Fam. Mut. Ins. Co.**

Dear Mr. Spencer:

The enclosed Summons and Complaint in the matter referenced above, were delivered to the office of the Commissioner of Insurance, on May 6, 2010, in accordance with NRS 680A.260.  To complete service of process, we are forthwith mailing by certified mail one of the copies of such process to you, the person designated by the insurer to receive such.

Also enclosed herein is a true and correct copy of the Proof of Service in this matter dated May 7, 2010, and a copy of our letter to Plaintiff's counsel, dated May 7, 2010.

You have 30 days from the date of this service to respond.

If you have any questions regarding this service, please do not hesitate to contact us.

Cordially yours,
SCOTT J. KIPPER
Commissioner of Insurance

Marilyn Brasfield
Service of Process Clerk
Telephone:  702.486.4060
Email: mbrasfield@doi.state.nv.us
Enclosures

(NSPO Rev. 9-09)

L 235

## PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon defendant **AMERICAN FAMILY MUTUAL INSURANCE COMPANY** in the within entitled matter, by mailing a copy thereof, properly addressed with postage prepaid, certified mail, return receipt requested, to the following:

> **C/O CHRISTOPHER S. SPENCER**
> **6000 AMERICAN PARKWAY**
> **MADISON, WI 53783-0001**

I declare, under penalty of perjury, that the foregoing is true and correct.

**DATED** this 7th day of May, 2010.

MARILYN BRASFIELD
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

Court: Eighth Judicial District Court, Clark County, Nevada
Case Name: Geannaris v. American Fam. Mutal. Ins. Co.
Case No. A10615655
Certified Receipt No. 7008 1830 0003 5446 3200

5-7-10   mu   B

-1-

Electronically Filed
05/04/2010 08:34:38 AM

*[signature]*

**CLERK OF THE COURT**

*[stamp: MAY - 6 2010]*

1  COMP
2  Patrick J. Murphy, Esq.
   Nevada Bar No. 1222
3  Michael R. Small, Esq.
   Nevada Bar No. 7519
4  MURPHY, SMALL & ASSOCIATES
5  1100 East Bridger Avenue
   Las Vegas, Nevada 89101-5315
6  Telephone:  (702) 259-4600
   Facsimile:  (702) 259-4748
7  debbie@patrickmurphylaw.com
8  Attorneys for Plaintiff

9
                    **DISTRICT COURT**
10
11                **CLARK COUNTY, NEVADA**

12  SANDI GEANNARIS,                        )
13              Plaintiff,                   )
                                            )
14  vs.                                     )      Case No.: A-10-615655-C
15                                          )      Dept. No.:   XVI
    AMERICAN FAMILY MUTUAL                   )
16  INSURANCE COMPANY; DOES 1-10,           )
    inclusive; ROE CORPORATIONS 1-10,        )
17  inclusive;                              )
18                                          )
              Defendants.                   )
19  _____)

20
21                     **COMPLAINT**

22      Plaintiff, SANDI GEANNARIS, by and through her attorney, Patrick J. Murphy, Esq.,

23  alleges as follows:

24             **FIRST CLAIM FOR RELIEF**

25      1.    That at all times mentioned herein, Plaintiff, Sandi Geannaris, was and is a
26
27  resident of the County of Clark, City of Las Vegas, State of Nevada.
28  /////

                              1

2.      At all times mentioned herein, Defendant, American Family Mutual Insurance Company, was and is a corporation duly licensed to contract insurance business in the State of Nevada.

3.      The true names and capacities, whether individual, corporate, co-partnership, associate or otherwise, of DOES 1 through 10 and ROE CORPORATIONS 1 through 10, are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names.  Plaintiff is informed and believes, and therefore alleges that each of the Defendants designated as DOE and/or ROE are responsible in some manner for the events and happenings referred to herein. Plaintiff requests leave of the Court to amend the Complaint to insert the true names and capacities of said Defendants in this action, and assert the appropriate charging allegations.

4.      On January 27, 2009, at approximately 3:50 p.m., a collision occurred between Plaintiff's vehicle and a vehicle driven by Aaron Miller, wherein Mr. Miller's vehicle collided into the rear of Plaintiff's vehicle, on a roadway commonly known as Rainbow Boulevard in the County of Clark, State of Nevada.  The collision was a direct result of the careless and negligent act of Aaron Miller.  As a result of Mr. Miller's careless and negligent act, Plaintiff sustained serious personal injuries.

5.      The collision proximately caused Plaintiff, Sandi Geannaris, to sustain serious and disabling injuries, some and/or all of which are permanent in nature.

6.      At the time of said collision, Plaintiff was an insured with Defendant, American Family Mutual Insurance Company, under a policy of automobile insurance, Policy Number 16247707-0391FPPANV, which afforded, among other coverages, Medical Expense Coverage of $25,000. By virtue of this relationship between the Defendant, as insurer, and the Plaintiff, as

insured, the Defendant owed a duty of good faith to the Plaintiff in paying all medical expenses incurred by the Plaintiff as a result of the subject vehicle accident.

7.     Defendant, American Family Mutual Insurance Company, is responsible to reimburse Plaintiff and/or Plaintiff's medical care providers for all medical expenses incurred by the Plaintiff up to the $25,000 Medical Expense Coverage, that she incurred in the above mentioned accident.

8.     Plaintiff Sandi Geannaris' medical care providers have submitted medical bills incurred as a result of the above mentioned accident to be reimbursed from Plaintiff's Medical Expense Coverage. Since October 30, 2009, and to the present time, Defendant, American Family Mutual Insurance Company, has delayed, stalled, obfuscated and otherwise steadfastly refused to pay the reasonable medical expenses incurred by the Plaintiff.  Further, with respect to what the Defendants themselves deemed to be the reasonable medical expenses incurred as a result of the above mentioned accident, the Defendants acted in utter bad faith in denying payment of all medical expenses incurred after February 28, 2009. From October 30, 2009, to the present and prospectively into the future, the Plaintiff has and will continue to very promptly and completely comply with all legitimate requests made by the Defendants in substantiation of her Medical Expense Coverage claim. Despite the promptness and completeness of the Plaintiff to requests made by the Defendant, the stall, delay and obfuscation on the part of Defendant continues unreasonably.

9.     That the Plaintiff has made a demand upon Defendant, American Family Mutual Insurance Company, to pay the medical expenses incurred by the Plaintiff as a result of the above mentioned accident, and the Defendant has failed and has refused to pay Plaintiff's

medical expenses that she is entitled to collect under this policy and coverage, despite demands from the Plaintiff.

10.    That the medical expenses incurred by the Plaintiff were timely submitted, and were documented and supported by the medical records and medical bills that were incurred by the Plaintiff, and therefore, the Defendant's refusal to pay such benefits is unreasonable and unjustified.

11.    That the Defendant, American Family Mutual Insurance Company, breached the implied covenant of good faith and fair dealing under its policy of insurance issued, and such refusal has been willful, deliberate and the conduct of the Defendant has proximately caused the Plaintiff to suffer, and she will continue to suffer in the future, all to Plaintiffs damages in an amount in excess of $10,000.

12.    That the aforementioned acts and omissions on the part of Defendant, American Family Mutual Insurance Company, were willful and malicious, and exhibited a course of conduct and method of dealing with Plaintiff, as to constitute oppression, fraud or malice, thereby entitling Plaintiff to punitive and/or extra contractual damages that are reasonably necessary and fairly deserved, in order to punish Defendant, and to deter others from similar conduct, in an amount in excess of $10,000.

13.    That the Plaintiff has performed all necessary acts and requirements for coverage and payment by Defendant, American Family Mutual Insurance Group.

14.    That the Plaintiff has retained the services of an attorney to prosecute this matter, and is therefore entitled to reasonable attorney's fees and cost of suit herein.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

4

1.      For judgment against Defendant for contractual damages, general damages, compensatory damages, extra-contractual damages, and punitive and exemplary damages, in an amount in excess of $10,000;

2.      For reasonable attorney's fees of suit herein;

3.      For pre-judgment and post-judgment interest as provided by law; and

4.      For such other further relief as the Court may deem just and proper in the premises.

DATED this 4th day of May, 2010.

                                        MURPHY, SMALL & ASSOCIATES


                                        /s/ Patrick J. Murphy
                                        Patrick J. Murphy, Esq.
                                        Nevada Bar No. 1222
                                        Michael R. Small, Esq.
                                        Nevada Bar No. 7519
                                        1100 East Bridger Avenue
                                        Las Vegas, Nevada 89101
                                        Attorneys for Plaintiff

5

EXHIBIT  B

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Sandi Giannans

**(b)** County of Residence of First Listed Plaintiff  Clark
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)  Patrick
Murphy, 1100 E. Bridger Ave., Las Vegas,
Nevada, 89101 (702) 259-4000

## DEFENDANTS
American Family Mutual
Insurance Company

County of Residence of First Listed Defendant  Wisconsin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)  Thomas Winner/#5168, 1117
South Rancho Drive, Las Vegas, NV 89102
(702) 243-7000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
|  | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 and 28 USC 1441
Brief description of cause:
Breach of Contract / Bad Faith

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE  6-8-10
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____